**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MARIA DORTA,

                Plaintiff,                        19 **CIVIL** 2215 (JGK)(RWL)

      -against-                         **JUDGMENT**

ANDREW SAUL, COMMISSIONER OF
SOCIAL SECURITY,
                Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated October 26, 2020, the Court has considered all of the arguments raised by the parties. To the extent not specifically addressed, the arguments are either moot or without merit. The Magistrate Judge's Report and Recommendation is adopted, the Commissioner's motion for judgment on the pleadings is granted, and the plaintiff's motion is denied. The plaintiff is reminded that the decision in this case would not prevent or preclude the plaintiff from filing for benefits based on conditions subsequent to the period at issue in this case; accordingly, the case is closed.

**Dated:**  New York, New York
          October 26, 2020

                                                **RUBY J. KRAJICK**
                                                _____
                                                    **Clerk of Court**
                          **BY:**            K. Mango
                                                    _____
                                                    **Deputy Clerk**